| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| GHADA HELENA PHILIPS   CBN 180665<br>6355 Topanga Canyon Blvd., Suite 416<br>Woodland Hills, CA 91367<br>Tel. - (818)347-1940<br>Fax - (818)347-1930<br>attyphilips@yahoo.com<br><br>☐ Attorney for<br>☐ Chapter 13 Trustee | **FILED & ENTERED**<br><br>JUN 15 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** cetulio    **DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER SV08-20068KT |
| In re:<br><br>JUANA LIMA<br><br><br><br><br>Debtor(s). | **ORDER ON APPLICATION FOR**<br>**SUPPLEMENTAL FEES**<br><br><br>(No Hearing Required) |

Based on the Application for Supplemental Fees ("Application") filed on May 14, 2010 as docket entry number 44 and the ~~recommendation of the Chapter 13 Trustee~~, it is ORDERED:

☒    that the sum of $ <u>420.00</u> is hereby allowed Applicant as compensation for extraordinary services referred to in the Application and the Chapter 13 Trustee is directed to pay the unpaid balance of $<u>420.00</u>, from the estate of the debtor(s) as funds permit.

☐    that Applicant calendar the Application for hearing before the undersigned Bankruptcy Judge and that Applicant give appropriate notice of the hearing to the debtor(s) and the Chapter 13 Trustee.

☐    that the Application be set for hearing on:_____ at _____ .m.
                        (Date)    (Time)

Comments:_____.
###

DATED: June 15, 2010

_Kathleen Thompson_
United States Bankruptcy Judge

Order on Application for Supplemental Fees – *Page 2*  F 3015-1.12

| In re:<br>JUANA LIMA | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER SV08-20068KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6355 Topanga Canyon Blvd., Suite 416, Woodland Hills, CA 91367

A true and correct copy of the foregoing document described [Proposed] ORDER ON APPLICATION FOR SUPPLEMENTAL FEES will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On June 9, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Juana Lima**, 20130 Clark Street, Woodland Hills, CA 91367
**Anthony Egbase, Esq.**, 350 South Figueroa Street, Suite 189, Los Angeles, CA 90071

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 9, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Hon. Kathleen Thompson
U.S. Bankruptcy Court

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 9, 2010 | Sonia Gomez | /s/ Sonia Gomez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  F 3015-1.12

Order on Application for Supplemental Fees – *Page 3*                                                                     F 3015-1.12

| In re:<br>JUANA LIMA | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER SV08-20068KT |

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                   F 3015-1.12

Order on Application for Supplemental Fees – *Page 4*    F 3015-1.12

| In re:<br>JUANA LIMA | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER SV08-20068KT |

**NOTE TO USERS OF THIS FORM**:
1)  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2)  The title of the judgment or order and all service information must be filled in by the party lodging the order.
3)  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* ORDER ON APPLICATION FOR SUPPLEMENTAL FEES                                                                                                                                 ) was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 9, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
   Lawrence J Buckley     ljb@bvwlaw.com
   Anthony Egbase     info@anthonyegbaselaw.com
   Joe M Lozano     notice@NBSDefaultServices.com
   Elizabeth (SV) F Rojas     cacb_ecf_sv@ch13wla.com
   Ramesh Singh     claims@recoverycorp.com
   United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
   Edward T Weber     eweber@rcolegal.com, bknotice@rcolegal.com
   Ghada H. Philips   attyphilips@yahoo.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---
This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 3015-1.12

Order on Application for Supplemental Fees – *Page 5*         **F 3015-1.12**

| In re:<br>JUANA LIMA | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER SV08-20068KT |

**ADDITIONAL SERVICE INFORMATION** (if needed):

II. By U.S. Mail:

BANK OF AMERICA
ATTN: BANKRUPTCY
NC4-105-02-77
P. O. BOX 26
GREENSBORO NC 27410

Bank of America N.A.
475 Crosspoint Pkwy
P.O. Box 9000
Getzville, NY 14068

CMRE FINANCIAL SERVICES INC
3075 E IMPERIAL HWY SUITE 200
BREA , CA 92821

DSNB MACYS
ATTN: BANKRUPTCY
PO BOX 8053
MASON , OH 45040

FDS BANK/MACYS
TSYS DEBT MGMT., INC.
PO BOX 137
COLUMBUS, GA 31902-0137

LOS ANGELES COUNTY TREASURER
AND TAX COLLECTOR
PO BOX 54110
LOS ANGELES CA 90054-0110

National Capital Management, LLC
8245 Tournament Drive Ste 230
Memphis, TN 38125

NCO FINANCIAL SYSTEMS, INC.
P.O. BOX 937
BROOKFIELD, WI 53008-0937

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                              **F 3015-1.12**

| In re:<br>JUANA LIMA | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER SV08-20068KT |

Sallie Mae
c/o Sallie Mae Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706

WORLDWIDE ASSET PURCHASING
WAP/WEST ASSET MGMT
2253 NORTHWEST PKWY
MARIETTA , GA 30067

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 3015-1.12